IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-556 (LPS/SRF) |
| | ) |
| CVS CAREMARK CORPORATION and CVS PHARMACY, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims asserted between plaintiff Execware, LLC and defendants CVS Caremark Corporation and CVS Pharmacy, Inc. in the above-captioned action are hereby dismissed WITH PREJUDICE by agreement of the parties pursuant to Rules 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

BAYARD, P.A.                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard D. Kirk*                     */s/ Julia Heaney*

Richard D. Kirk (#922)                    Mary B. Graham (#2256)
Stephen B. Brauerman (#4952)              Julia Heaney (#3052)
Vanessa R. Tiradentes (#53980)            1201 N. Market Street
222 Delaware Avenue                       P.O. Box 1347
Suite 900                                 Wilmington, DE  19899-1347
Wilmington, DE 19801                      (302) 658-9200
(302) 655-5000                            mgraham@mnat.com
rkirk@bayardlaw.com                       jheaney@mnat.com
sbrauerman@bayardlaw.com                     *Attorneys for Defendants CVS Caremark*
   *Attorneys for Plaintiff Execware, LLC*    *Corporation and CVS Pharmacy, Inc.*

| | |
|---|---|
| OF COUNSEL | OF COUNSEL: |
| | |
| Marc A. Fenster | Christopher P. Broderick |
| Fredricka Ung | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| RUSS, AUGUST & KABAT | 777 South Figueroa Street |
| 12424 Wilshire Boulevard, 12th Floor | Suite 3200 |
| Los Angeles, CA 90025-1031 | Los Angeles, CA 90017-5855 |
| (310) 826-7474 | (213) 629-2020 |
| | |
| | Karen G. Johnson-McKewan |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| | (415) 773-5700 |
| | |
| | Christina Von der Ahe |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2050 Main Street |
| | Suite 1100 |
| | Irvine, CA 92614-8255 |
| | (949) 567-6700 |

May 10, 2013
7198212

      SO ORDERED this \_\_\_\_\_ day of May, 2013.

                                                                                           U.S.D.J.